Motion GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-CR-00054-1 |
| | ) | Judge Trauger |
| JOSE CAMARENA | ) | |

## MOTION TO SUBSTITUTE COUNSEL

**COMES NOW** the Defendant, **Jose Camarena**, by and through his undersigned counsel, Peter J. Strianse, Esq., and hereby moves this Court for the entry of an Order substituting Peter J. Strianse as counsel of record for Defendant Camarena and relieving Tricia Herzfeld, Esq., of other or further responsibility in this cause. In support hereof, Defendant states as follows:

1. Tricia Herzfeld was originally retained to represent Mr. Camarena in this criminal action.

2. On April 9, 2013, undersigned counsel was retained by Mr. Camarena's family to represent him in this matter.

3. After conferring with Ms. Herzfeld, it was agreed, subject to the Court's approval, that undersigned counsel would relieve Ms. Herzfeld of further representation of Mr. Camarena. Ms. Herzfeld has authorized undersigned counsel to report that she has no objection to this proposed substitution.

4. Undersigned counsel filed his *Notice of Appearance* on April 11, 2013.

**WHEREFORE**, based on the foregoing, Defendant Camarena respectfully requests that this Honorable Court enter an Order substituting Peter J. Strianse as counsel of record.